HEINE, Respondent, v. LIEBLER et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. June 5, 1903.)

Actions by Catherine C. Heine, individually, etc., against Theodore A. Liebler and others. B. Steinhardt, for appellants. H. Vidaver, for respondent. No opinion. Judgments affirmed, with costs.